McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:07-cr-0058 FCD |
| ) | |
| Plaintiff, ) | **STIPULATION CONTINUING** |
| ) | **SENTENCING OF DEFENDANT** |
| v. ) | **SANCHEZ; ORDER** |
| ) | |
| DANIEL MILLAN SANCHEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

It is hereby agreed by the United States and defendant Daniel Millan Sanchez, through their respective counsel, and requested of the Court, that the sentencing set for Monday, December 3, 2007, be continued to Monday, January 14, 2008, at 10:00 a.m.  The reason for the request is that the defendant has not completed all the requirements of the terms of his plea agreement and the additional time is needed to accomplish those requirements.  Additionally, after December 3rd, counsel for defendant Sanchez is unavailable for a Monday calendar until January 14th based on previously scheduled matters.

Dated: November 30, 2007

      McGREGOR W. SCOTT
      United States Attorney

By:  /s/ Richard J. Bender                  /s/ Robert L. Forkner  by RJB
      RICHARD J. BENDER               ROBERT L. FORKNER
      Assistant U.S. Attorney              Attorney for Daniel Sanchez

IT IS SO ORDERED.

DATED: November 30, 2007

                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE