McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:07-CR-0058 FCD |
| Plaintiff, ) | **STIPULATION CONTINUING SENTENCING OF DEFENDANT SANCHEZ; ORDER** |
| v. ) | |
| DANIEL MILLAN SANCHEZ, ) | |
| Defendant. ) | |

It is hereby agreed by the United States and defendant Daniel Millan Sanchez, through their respective counsel, and requested of the Court, that the sentencing set for Monday, January 14, 2008, be continued to Monday, January 28, 2008, at 10:00 a.m.  The reason for the request is that the defendant has not completed all the requirements of the terms of his plea agreement and the additional time is needed to accomplish those requirements.  The sentencing of codefendant Jacobo Fernandez will go on as scheduled on January 14th because his attorney is unavailable on January 28th and other timely general criminal calendar dates.

Dated: January 10, 2008

                                                      McGREGOR W. SCOTT
                                                    United States Attorney

                                     By:   /s/ Richard J. Bender
                                                RICHARD J. BENDER
                                                Assistant U.S. Attorney

/////

[Stipulation/Order Continuing Sentencing Date (cont.)]

Dated: January 10, 2008

                                    /s/ Robert L. Forkner   by RJB  
                                    ROBERT L. FORKNER  
                                    Attorney for Daniel Sanchez

      IT IS SO ORDERED.

DATED: January 10, 2008

                             FRANK C. DAMRELL, JR.  
                             UNITED STATES DISTRICT JUDGE