AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the

Eastern _____ District of _____ California

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: 2:07CR00058-01 MCE |
| DANIEL MILLAN SANCHEZ | ) | |
| | ) | USM No: 16871-097 |
| Date of Original Judgment: 01/28/2008 | ) | |
| Date of Previous Amended Judgment: ___ | ) | David Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ 132 _____ months **is reduced to** _____ 120 months _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ 02/04/2008 _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____ 01/12/2015 _____

_____
*Judge's signature*

Effective Date: _____ 11/01/2014 _____          Morrison C. England, Jr., United States District Judge
*(if different from order date)*          *Printed name and title*