AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:07-cr-00058-MCE   Document 78   Filed 01/15/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:07CR00058-01-MCE |
| DANIEL MILLAN SANCHEZ ) | |
| ) | USM No: 16871-097 |
| Date of Original Judgment: 01/28/2008 ) | |
| Date of Previous Amended Judgment: 01/12/2015 ) | David Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## AMENDED ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____132_____ months **is reduced to** _____120 months_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___02/04/2008___ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: ___01/15/2015___

*Judge's signature*

Effective Date: ___11/01/2015___         Morrison C. England, Jr., United States District Judge
*(if different from order date)*         *Printed name and title*